IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| UNITED STATES OF AMERICA | § | SEALED |
|---|---|---|
| | § | |
| v. | § | No. 6:19-CR- 50 |
| | § | Judge JCB/KNM |
| JAMES JOSEPH VEESER | § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Count One

Violation: 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1) (Receipt of Child Pornography)

Between on or about January 25, 2016, and January 8, 2019, in the Eastern District of Texas, **James Joseph Veeser**, defendant, did knowingly receive any child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer. Specifically, the defendant, **James Joseph Veeser**, using the Internet and a Cybertron PC Tower, received the following visual depictions:

| FILE NAME | DESCRIPTION |
|---|---|
| +----[boy+man] 2 little boys 9yo and man sex in room suck, anal fuck (2010) | This 2-minute, 28-second video depicts two nude prepubescent males with their penises exposed; during the video, the two males kiss and appear to attempt anal intercourse |

Information – Page 1

| [ pthc 2012] 13yo Leticia & 15yo Arthur Webcam [caligvla,bibcam,babyshivid,hussyfan,nipple,nibra,lolita,preteen,pedo] | This 2-minute, 25-second video depicts a male and female, both prepubescent, in a bedroom; the male exposes his penis and the female performs oral sex on the male |
|---|---|
| OPVA PTHC 2016 webcam 11yo boy & 11yo chubby girl suck fuck AWESOME DAMN! 10+ | This 5-minute, 28-second video depicts a male and female, both prepubescent; the male attempts anal intercourse with the female; the female then performs oral sex on the male |

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Upon conviction of the offense(s) alleged in this Information, the defendant, **James Joseph Veeser,** shall forfeit to the United States his interest in the following property, including, but not limited to:

1. White Apple MacBook computer, serial no. CTN446155;
2. Black Samsung laptop computer, serial no. HPX791EC401147P;
3. White and silver Seagate 1500GB external hard drive, serial no. 2GEVPP4Y;
4. Cybertron PC Tower Custom, serial no. 40001000310399.

This property is forfeitable pursuant to 18 U.S.C. § 2253(a) based upon the property being:

1. any visual depiction described in section . . . 2252 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;
2. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; or
3. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and by 28 U.S.C. § 2461(c).

By virtue of the commission of the offense alleged in this Information, any and all interest the defendant has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. §§ 2253(a)(1) and (a)(3).

        JOSEPH D. BROWN
        UNITED STATES ATTORNEY

        */s/ Alan R. Jackson*_____
        ALAN R. JACKSON
        Assistant U.S. Attorney
        110 N. College, Suite 700
        Tyler, Texas  75702
        Texas Bar No. 10453300
        (903) 590-1400
        alan.jackson@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | SEALED |
| | § | |
| v. | § | No. 6:19-CR- |
| | § | Judge |
| JAMES JOSEPH VEESER | § | |

### NOTICE OF PENALTY

### Count One

Violation:   18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1)

Penalty:   Imprisonment for not less than five years and not more than twenty years; but if the defendant has a prior conviction under this chapter, section 1591, chapter 71, chapter 109A, chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, or sex trafficking of children, such person shall be imprisoned for not less than fifteen years and not more than forty years; a fine of not more than $250,000; and a term of supervised release of any term of years not less than five or life.  If the defendant is non-indigent and convicted of an offense under Title 18, chapter 110, then a special assessment of $5000.

Special Assessment: $ 100.00