IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. 6:19-CR-50 |
| JAMES JOSEPH VEESER | § | |

## FACTUAL BASIS

Investigation by the Federal Bureau of Investigation disclosed the following facts that establish that I, the defendant, **James Joseph Veeser**, committed the conduct described in Count 1 of the information, which charges a violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1) (receipt of child pornography). I agree that the following factual basis is true and correct:

1. On January 8, 2019, during the execution of a search warrant at my residence in Van Zandt County, Texas, law enforcement officials recovered a Cybertron PC Tower Custom computer, serial no. 40001000310399. A forensic examination of that computer established that I had searched for, downloaded, and received visual depictions of minors engaged in sexually explicit conduct, i.e., child pornography. I had searched for these depictions using means of interstate commerce, specifically, the Cybertron computer and the internet. I intentionally and knowingly downloaded these depictions, including the three videos described in the information, knowing that the depictions were of child pornography and intending to download child pornography. I received the depictions between about January 25, 2016, and January 8, 2019.

2. In addition to the Cybertron computer, I knowingly placed depictions of child pornography on the other computer media described in the information, including an Apple MacBook computer, serial no. CTN446155; a Samsung laptop computer, serial no. HPX791EC401147P; and a Seagate 1500GB external hard drive, serial no. 2GEVPP4Y. I stipulate that the computer media described in this paragraph and in the information should be forfeited to the government as instrumentalities of my criminal conduct.

3. I am pleading guilty to Count 1 in this case because I am guilty of the violation alleged. I have had an opportunity to consult with an attorney and I am satisfied with the advice and counsel provided to me. I acknowledge that these acts violated 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1). I hereby stipulate that the facts described above are true and correct, and I accept them as the uncontested facts of this case.

Dated: 13 August 2019

JAMES JOSEPH VEESER
Defendant

I have reviewed this Factual Basis with the defendant. Based on these discussions, I am satisfied that he understands the terms and effect of the Factual Basis and that he has signed it voluntarily.

Dated: 13 August 2019

F. R. FILES, JR.
Attorney for Defendant