UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cr-0050

**United States of America,**
*Plaintiff,*

v.

**James Joseph Veeser,**
*Defendant.*

Before BARKER, *District Judge*

# ORDER

On September 19, 2019, defendant was charged by first superseding information with receipt of child pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A), subject to statutory sentencing ranges set by 18 U.S.C. § 2252A(b)(1). Doc. 6. Defendant entered into an agreement to plead guilty to that offense (Doc. 8) and consented to have a magistrate judge take his guilty plea. Doc. 12. The plea agreement contains agreed guideline stipulations pursuant to Federal Rule of Criminal Procedure 11(c)(1)(B). Magistrate Judge K. Nicole Mitchell conducted a change-of-plea hearing and issued findings and a recommendation that the court accept the guilty plea. At the hearing, the parties waived their right to object to the findings and recommendation. The court now **adopts** the magistrate judge's findings and recommendation and **accepts** defendant's guilty plea.

*So ordered by the court on September 24, 2019.*

J. CAMPBELL BARKER
United States District Judge