IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CAUSE NO. 6:19CR50 |
| | § | (Honorable J. Campbell Barker) |
| JAMES VEESER | § | |

ADDENDUM TO THE SENTENCING MEMORANDUM

TO THE HONORABLE J. CAMPBELL BARKER, UNITED STATES DISTRICT
JUDGE FOR THE EASTERN DISTRICT OF TEXAS:

COMES NOW JAMES VEESER, the defendant, by and through his undersigned
attorney, F. R. FILES, JR., and files his Addendum to the Sentencing Memorandum and
would respectfully show unto the Court the following:

I.

On April 6, 2021, this Honorable Court entered Standing Order JCB-CR-32
requiring the defendant and defense counsel to file a sentencing memorandum stating that
they have reviewed and signed a notice and waiver using the template which this
Honorable Court has provided. If such a notice and waiver is signed, it must be attached
to the sentencing memorandum.  If it is not signed, the sentencing memorandum may
explain why not.

II.

In order that this Honorable Court could have an appropriate amount of time to
read and reflect upon the contents of your Movant's Motion for the Imposition of a

Sentence Below the Advisory Guideline Range and Sentencing Memorandum, your Movant filed that document on April 1, 2021, at 4:30 p.m. CDT.

### III.

Your Movant received an email from Ms. Nicole Cadenhead on April 7, 2021; however, your Movant did not notice the email on that date and was made aware of it on April 14, 2021, thanks to a telephone call from Ms. Cadenhead. Even if your Movant had been aware of this, your Movant would not have been able to have a meaningful conversation with his client, Mr. Veeser and to obtain a signature on the waiver. Mr. Veeser is currently confined in the county jail of Titus County and will not be brought to Tyler until the morning of April 15, 2021.

### IV.

Your Movant has spoken with Ms. Cadenhead about this and she has called the Marshal's office to request that Mr. Veeser be here early enough for your Movant to confer with him and have a signed waiver to Ms. Cadenhead well before 9:00 a.m. Your Movant received a telephone call from Ms. Cadenhead stating that she had talked to the Marshals and that Mr. Veeser should be here by 8:30 a.m. on April 15, 2021. Your Movant will be in the Marshal's office well before 8:30 a.m. in order to get this done.

Respectfully submitted,
/s/*F. R. Files, Jr.*_____
F. R. FILES, JR.
Bar Card No. 00000087
bfiles@filesharrison.com
FILES HARRISON, P.C.
109 West Ferguson
Tyler, Texas 75702

2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served on Mr. Alan Jackson, Assistant United States Attorney via electronic mail on this the 14th day of April, 2021.

/s/F. R. Files, Jr.
F.  R. FILES, JR.